SOLOMON ROSENSTEIN et al., Appellants, *v.* THE TRADERS' INSURANCE COMPANY OF CHICAGO, Respondent.

*Rosenstein* v. *Traders' Ins. Co. of Chicago*, 112 App. Div. 902, affirmed. (Argued May 9, 1907; decided May 28, 1907.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered March 21, 1907, affirming a judgment in favor of defendant entered upon a verdict directed by the court and an order denying a motion for a new trial in an action to recover on a policy of fire insurance.

*Vernon Cole* for appellants.

*Horace McGuire* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: GRAY, O'BRIEN, VANN, WERNER, WILLARD BARTLETT and CHASE, JJ. Absent: CULLEN, Ch. J.

---

PAULINE ROSENTHAL, Appellant, *v.* NEW YORK, SUSQUEHANNA AND WESTERN RAILROAD COMPANY, Respondent.

*Rosenthal* v. *N. Y., Susquehanna & W. R. R. Co.*, 112 App. Div. 436, affirmed. (Argued May 9, 1907; decided May 28, 1907.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered May 5, 1906, affirming a judgment in favor of defendant entered upon a dismissal of the complaint by the court at a Trial Term in an action to recover for personal injuries alleged to have been occasioned through defendant's negligence.

*T. B. Chancellor, W. M. K. Olcott* and *Henderson Peck* for appellant.

*Frederic B. Jennings* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: GRAY, O'BRIEN, VANN, WERNER, WILLARD BARTLETT and CHASE, JJ. Absent: CULLEN, Ch. J.